FILED USBC CLRK TUC
2026 APR 27 PM2:42

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: Marilyn Leigh Grosso
Debtor.
Case No.: 4:25-bk-09836-SHG | Chapter 7

### MOTION TO REOPEN CASE

COMES NOW the Debtor, Marilyn Leigh Grosso, and respectfully moves this Court to reopen the above-captioned case pursuant to 11 U.S.C. § 350(b), and states:

1. The Debtor underwent a surgical procedure in April 2026 and, in addition, has been diagnosed with stage four liver disease, resulting in significant medical hardship, complications, and recovery limitations.

2. Due to the Debtor's medical condition and recovery from the April 2026 surgical procedure, the Debtor was unable to regularly check and respond to mail and court correspondence, and only recently became aware that the case had been closed without discharge.

3. Due to these medical circumstances, the Debtor was unable to complete and file the required Financial Management Course Certificate prior to the case closing.

4. The Debtor's case was subsequently closed on April 6, 2026 without entry of discharge due to the missing Financial Management Course Certificate.

5. The Debtor will promptly complete the required Financial Management Course and file the Certificate of Completion with the Court.

6. Reopening the case will allow the Debtor to fulfill this requirement and obtain a discharge. No party will be prejudiced by reopening the case.

WHEREFORE, the Debtor respectfully requests that this Court reopen the case to permit the filing of the Financial Management Course Certificate and entry of discharge, and for such other and further relief as the Court deems just and proper.

DATED this 27 day of April, 2026.

Respectfully submitted,

Marilyn Leigh Grosso
Debtor, Pro Se
7661 S Freshwater Pearl Drive

Tucson, AZ 85747
Phone: 520-488-9382
Email: grossomarilyn@gmail.com