# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re: Marilyn Leigh Grosso
Debtor.
Case No.: 4:25-bk-09836-SHG | Chapter 7

### MOTION TO WAIVE FEE TO REOPEN BANKRUPTCY CASE

COMES NOW the Debtor, Marilyn Leigh Grosso, and respectfully requests that this Court waive the fee required to reopen this bankruptcy case, and in support thereof states:

1. The Debtor seeks to reopen this case for the limited purpose of filing the required Financial Management Course Certificate and obtaining a discharge.

2. At the time this case was originally filed, the Court granted the Debtor a waiver of the filing fee due to the Debtor's limited income and inability to pay.

3. The Debtor's financial circumstances have not improved and, in fact, have worsened due to significant medical hardship.

4. The Debtor underwent a surgical procedure in April 2026 and has been diagnosed with stage four liver disease, which has significantly impacted the Debtor's ability to work and maintain income.

5. As a result, the Debtor does not have the financial ability to pay the reopening fee at this time.

6. The Debtor is acting in good faith and seeks only to complete the requirements necessary to obtain a discharge.

WHEREFORE, the Debtor respectfully requests that the Court waive the fee required to reopen this case, and grant such other relief as the Court deems just and proper.

DATED this 27 day of April, 2026.

Respectfully submitted,

*Marilyn Grosso*

Marilyn Leigh Grosso
7661 S Freshwater Pearl Drive
Tucson, AZ 85747
Debtor, Pro Se