UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| MARILYN LEIGH GROSSO, | ) | Case No. 4:25-bk-09836-SHG |
| | ) | |
| | ) | **ORDER GRANTING DEBTOR'S** |
| | ) | **MOTION TO REOPEN CASE AND** |
| | ) | **MOTION TO WAIVE FEE** |
| Debtor. | ) | |
| | ) | |

Pending before the Court are the Debtor's Motion to Reopen Case (DE 53) and Motion to Waive Reopening Fee (DE 54), filed April 27, 2026. The Debtor requests the Court to reopen the case and waive the reopening fee. The Debtor received notice that she had not filed a Personal Financial Management Course Certificate, and failure to timely file the course certificate could result in the case being closed without entry of the discharge.[1] The case was closed on April 6, 2026, without a discharge being granted.[2]

The Debtor underwent a surgical procedure and was unable to regularly check and respond to mail and court correspondence. Because of medical circumstances, the Debtor was unable to complete and file the required Financial Management Course Certificate prior to the case closing.[3]

---

[1] DE 48 ("DE ___" refers to docket entries in Case No. 4:25-bk-09836-SHG).
[2] DE 51.
[3] DE 53.

Pursuant to 11 U.S.C. § 727(a)(11), the Court shall grant the debtor a discharge, unless the debtor fails to complete an instructional course concerning personal financial management. An administratively closed case generally may be reopened by paying the reopening fee and filing a motion to reopen.

The case was closed without entry of a discharge because the Debtor failed to file the required course certificate. The Debtor requests reopening the case to file the certificate and receive a discharge, providing good cause to reopen the case. The Debtor also requests a waiver for the reopening fee. The Debtor qualified for waiver of the Chapter 7 filing fee and Schedule D/E/F amendment fee.[4]

For the reasons set forth above and good cause appearing,

**IT IS HEREBY ORDERED** the Motion to Reopen Case (DE 53) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Motion to Waive Reopening Fee (DE 54) is **GRANTED**. The Court granted the Debtor's Application to Waive Payment of Chapter 7 Filing Fee pursuant to 28 U.S.C. § 1930(f)(1), and the Court finds cause to waive the reopening fee.

**DATED AND SIGNED ABOVE.**

Notice to be sent through the
Bankruptcy Noticing Center "BNC"
to the following:

**MARILYN LEIGH GROSSO**
7661 S FRESHWATER PEARL DRIVE
TUCSON, AZ 85747
*Debtor, Pro Se*

**BRIAN J. MULLEN**
PO BOX 32247
PHOENIX, AZ 85064
*Chapter 13 Trustee*

---

[4] DE 24, 35.

2

**U.S. TRUSTEE**
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003

Case 4:25-bk-09836-SHG    Doc 56    Filed 04/29/26    Entered 04/29/26 15:34:03    Desc
Main Document    Page 3 of 3