# Notice Recipients

District/Off: 0970–4         User: admin         Date Created: 4/29/2026
Case: 4:25–bk–09836–SHG      Form ID: pdf006     Total: 4

**Recipients of Notice of Electronic Filing:**
ust     U.S. TRUSTEE          USTPRegion14.PX.ECF@USDOJ.GOV
tr      BRIAN J. MULLEN       bmullen@bktrustee.phxcoxmail.com
aty     BRIAN J. MULLEN       bmullen@bktrustee.phxcoxmail.com

                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      MARILYN LEIGH GROSSO        7661 S FRESHWATER PEARL DRIVE         TUCSON, AZ 85747

                                                    TOTAL: 1